# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY a/s/o PARAGON VILLAGE, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>FDC FIRE PROTECTION, INC., MSC FIRE & SAFETY, INC., and W.J. MALONE ASSOCIATES, INC., )<br><br>Defendants. ) | Civil Action No. 08-3513 (GEB)<br><br>**ORDER** |

_____

**BROWN, Chief Judge**

This matter having been brought before the Court by Defendant MSC Fire and Safety, Inc.'s Motion for Summary Judgment and Defendant FDC Fire Protection, Inc.'s Motion for Joinder; and it appearing that the Motion for Summary Judgment was filed on January 9, 2009, and that the Motion for Joinder was filed on January 8, 2009; and it appearing that the Court issued an Order on January 27, 2009, granting Plaintiff leave to Amend the Complaint; and it appearing that Plaintiff filed an Amended Complaint on January 29, 2009, which superceded the original July 14, 2008 Complaint; and it appearing that the pending Motion for Summary Judgment only applied to the original July 14,2008 Complaint; and it appearing that W.J. Malone was added as a defendant in this matter in the Amended Complaint and can not, therefore, be considered a third party;

IT IS THIS 25th day of February, 2009,

ORDERED that Defendant MSC Fire and Safety, Inc.'s Motion for Summary Judgment

(Docket Entry No. 14) is DISMISSED without prejudice; and it is further

ORDERED that Defendant FDC Fire Protection, Inc.'s Motion for Joinder (Docket Entry No. 12) is DENIED.

_s/ Garrett E. Brown, Jr._
GARRETT E. BROWN, JR., U.S.D.J.
